**Ashok Railkar, Plaintiff-Appellant, v. Janice A. Boll, Defendant-Appellee.**

Gen. No. 68–128. 

Second District.

June 12, 1969.

Howard and Decker, of Chicago, for appellant; O'Brien, Burnell, Puckett and Barnett, of Aurora, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.